IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| GUARDIAN FLIGHT, INC., | CASE NO. 4:18-cv-00098-BMM |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| HEALTHCARE SERVICE CORPORATION, a MUTUAL LEGAL RESERVE CORPORATION, d/b/a BLUE CROSS BLUE SHIELD OF MONTANA, | |
| Defendant. | |

Upon consideration of the motion to dismiss without prejudice filed by plaintiff, with no objections thereto, and for good cause shown,

IT IS HEREBY ORDERED that this matter is dismissed without prejudice at this time. IT IS FURTHER ORDERED that each party shall be responsible for its own costs and attorneys' fees.

DATED this 31st day of January, 2019.

_____
Brian Morris
United States District Court Judge